# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

In re:                                          ) SECTION 347 (a) UNCLAIMED
                                                 ) PROPERTY REPORT
    Various debtors--                           )
    See attached listing                        )
_____ )

    Pursuant to Section 347(a) of the Bankruptcy Code and Rules of Bankruptcy Procedure 3010 and 3011, the undersigned Trustee hereby reports on the attached listing the names and addresses of the persons and amounts, which they are entitled to be paid from remaining property of the estate.

    Unclaimed funds in the amount of **$403.25** to the above-entitled Court.

Dated this 2nd day of September, 2021. _____
                                                                 Michael G. Malaier,
                                                                  Chapter 13 Trustee
                                                                  WSBA #34729

Section 347(a)
Unclaimed Property Report

| Case Number | Debtor 1 | Debtor 2 | Creditor | Check # | Amount |
|---|---|---|---|---|---|
| 1841176 | David Charles Baumer | | Trustee Claim #17<br>SERVICE FINANCE CO LLC<br>STE 200 555 S FEDERAL HWY<br>BOCA RATON FL 33432 | 711711 | $403.25 |
| | | | Total: | | $403.25 |